■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY MARACLE, Appellant. (Appeal No. 1.) [874 NYS2d 836]— Appeal from a judgment of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), rendered March 29, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law and the plea is vacated.

Same memorandum as in *People v Maracle* (60 AD3d 1336 [2009]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.